Same case below, 387 Fed. Appx. 500.

Same case below, 399 Fed. Appx. 198.

**No. 10-8291. Quentin T. Campbell, Petitioner v. Washington.**

562 U.S. 1290, 131 S. Ct. 1680, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2392.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 156 Wash. App. 1012.

**No. 10-8296. Uyoata O. Ekandem, Petitioner v. Maryland Department of Labor, Licensing and Regulation, et al.**

562 U.S. 1291, 131 S. Ct. 1681, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2365.

March 21, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 174 Md. App. 777.

**No. 10-8302. Sammy Williams, Petitioner v. Madeline Perkins, Deputy Warden, et al.**

562 U.S. 1291, 131 S. Ct. 1681, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2331.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 210.

**No. 10-8303. Kevin L. Richard, Petitioner v. Debra Dexter, Warden.**

562 U.S. 1291, 131 S. Ct. 1681, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2248.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8306. Forrester T. Robinson, Petitioner v. Harris Diggs, Warden.**

562 U.S. 1291, 131 S. Ct. 1681, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2207.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 205.

**No. 10-8314. Michael A. Campbell, Petitioner v. Randall Workman, Warden.**

562 U.S. 1291, 131 S. Ct. 1681, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2339.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 386 Fed. Appx. 809.

**No. 10-8316. Lester Nelson Lutz, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.**

562 U.S. 1291, 131 S. Ct. 1682, 179 L. Ed. 2d 623, 2011 U.S. LEXIS 2231.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.